UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 16-cr-20268
                                            Hon. Matthew F. Leitman

v.

D-1 MICHAEL WEISS,

        Defendant.
_____/

**ORDER TO DEPOSIT FUNDS**
**WITH THE CLERK OF THE COURT**

On October 26, 2016 Michael Weiss (Defendant) pled guilty to one count of conspiracy to unlawfully distribute prescription controlled substances; one count that he defrauded Medicare and one count that he unlawfully prescribed oxycodone. (R. 68, p 1) Sentencing in this matter is set for February 23, 2017 at 2:00 p.m.

As part of his plea, Defendant agreed to pay restitution, in an as yet undetermined amount to the family of CF; $214,400 to Medicare and $40,639 to Blue Cross and Blue Shield of Michigan.

As part of the plea, and in anticipation of sentencing, Defendant arranged for the sale of the property located at 930 Avon Road, #18, Rochester Hills MI.  From the net proceeds of the sale, the parties have agreed to allocate $35,000 towards the monetary obligations anticipated as part of sentencing.

Now therefore

**IT IS HEREBY ORDERED** that the $35,000 due Michael Weiss from the sale of the property at 930 Avon Road, #18, Rochester Hills, Michigan shall be remitted to the Clerk of the Court (USDC MIE), Attn: Financial, 231 W. Lafayette, Detroit MI 48226; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall accept the funds, deposit said funds and shall hold said funds pending further order of the Court in the case *United States v Michael Weiss*, case number 2:16CR20268 01.

**IT IS SO ORDERED.**

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated:   January 26, 2017

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 26, 2017, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (313) 234-5113